## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| *Angela Jackson v. Bayer Pharma AG, et al.* | No. 12-cv-11447-DRH |
|---|---|
| *Rachal Kalb v. Bayer Pharma AG, et al.* | No. 12-cv-11395-DRH |
| *Carley Riselay v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10458-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 13, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**

                              **BY:   /s/*Caitlin Fischer***
                                      **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.14
15:50:03 -05'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT